LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1129 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 404 | 137 Fifth Avenue, 9th Floor |
| MANHASSET, NEW YORK 11021 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx: (516) 706-6631 | |

<u>Via ECF Filing</u>

Hon. Magistrate Judge Ramon E. Reyes, Jr.    February 16, 2021
U.S. District Court – EDNY
225 Cadman Plaza East, Courtroom N2E
Brooklyn, New York 11201

        Re: <u>Yaroslav Suris et al. v. Indiegogo, Inc. d/b/a Indiegogo</u>
            Case No.: 1:20-cv-04025-NGG-RER

Dear Magistrate Judge Ramon E. Reyes:

    Plaintiff Yaroslav Suris and Defendant Indiegogo, Inc., by and through their respective counsel, hereby notify the Court that with the help of the selected mediator, the parties have reached an individual settlement in principle in this matter. The parties are negotiating the terms of the Settlement Agreement and request that the Court stay all deadlines in this case for 30 days for the parties to finalize the Settlement Agreement.

    I thank the Court for its review of this letter motion.

                              Respectfully submitted,

                              /s/ Mitchell Segal
                              _____
                              Mitchell Segal

By ECF
cc: All counsel of record