UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────── X

| | |
|---|---|
| YAROSLAV SURIS, <br><br> Plaintiff, <br><br> v. <br><br> INDIEGOGO, INC. d/b/a INDIEGOGO, <br><br> Defendant. | Case No. 1:20-cv-04025-NGG-RER <br><br> **STIPULATION OF DISMISSAL** |

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, Plaintiff Yaroslav Suris and Defendant Indiegogo, Inc. d/b/a Indiegogo (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be enforceable in this court, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

     **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

     **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

     **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: March 23, 2021

LAW OFFICES OF MITCHELL S. SEGAL, P.C.

By: _____/s/_____
Mitchell Segal, Esq.
1129 Northern Boulevard, Suite 404
Manhasset, New York 11030
Telephone: (516) 415-0100
Facsimile: (516) 706-6631
Email: msegal@segallegal.com
*Attorney for Plaintiff*

LITTLER MENDELSON P.C.

By: *Matthew R. Capobianco*
Matthew R. Capobianco, Esq.
290 Broadhollow Road
Suite 305
Melville, NY 11747
Telephone: 631-247-4700
Facsimile: 631-719-7811
Email: mcapobianco@littler.com
*Attorneys for Defendant*

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** March 29, 2021